IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMOS FLORES,

      Petitioner,

v.                                                                        No. 26-cv-0989-KWR-GBW

MARY DE ANDA-YBARRA, *et al*,

      Respondents.

**<u>ORDER OF DISMISSAL</u>**

This matter is before the Court on Petitioner's *pro se* 28 U.S.C. § 2241 Habeas Petition (Doc. 1) (Petition).   Petitioner was an immigration detainee at the Otero County Processing Center (OCPC) when this case was filed.   The Petition appears to challenge his prolonged detention without due process.

Respondents filed a Response Brief, which states the Petition is moot because Petitioner agreed to voluntarily depart the United States.   *See* Doc. 7.   The immigration judge granted Petitioner's request for voluntary departure on March 24, 2026.   *See* Doc. 7-1.   The deadline to depart was May 24, 2026, and Petitioner did not file an appeal with the Board of Immigration Appeals.   *See* https://acis.eoir.justice.gov/en/caseInformation (reflecting that no appeal was filed by the deadline).   The Immigrations and Customs Enforcement (ICE) locator website confirms Petitioner is no longer in custody.   *See* https://locator.ice.gov/odls/#/results (last visited May 28, 2026).   Petitioner also declined to file a reply to the Response Brief or otherwise object to dismissal.   The Court will therefore dismiss the Petition and pending Motion for Temporary Restraining Order (Doc. 2) as moot and without prejudice.   *See Ferry v. Gonzales*, 457 F.3d 1117,

1132 (10th Cir. 2006) (concluding § 2241 claims are generally moot after petitioner's release or removal).

IT IS ORDERED that Petitioner's *pro se* 28 U.S.C. § 2241 Habeas Petition (**Doc. 1**) is **DISMISSED** without prejudice; his Motion for Temporary Restraining Order (**Doc. 2**) is **DENIED as moot**; and the Court will enter a separate judgment closing the civil case.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE